DJS Med. Supplies, Inc. v Metropolitan Auto Home & Life Ins. (2021 NY Slip Op
50132(U))

[*1]

DJS Med. Supplies, Inc. v Metropolitan Auto Home & Life
Ins.

2021 NY Slip Op 50132(U) [70 Misc 3d 141(A)]

Decided on February 19, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on February 19, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, DAVID ELLIOT, JJ

2019- 959 Q C

DJS Medical Supplies, Inc., as Assignee of
Inna Borodina, Appellant, 
against
Metropolitan Auto Home and Life Insurance, Respondent.

Law Office of David O'Connor, P.C. (David B. O'Connor of counsel), for appellant.
Bruno, Gerbino. Soriano & Aitken, LLP (Nathan Shapiro and Susan Eisner of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (John C.V.
Katsanos, J.), entered January 11, 2019. The order, insofar as appealed from, granted the branch
of defendant's motion seeking to dismiss the complaint on the ground of laches.

ORDERED that the order, insofar as appealed from, is reversed, with $30 costs, the branch
of defendant's motion seeking to dismiss the complaint on the ground of laches is denied, and the
matter is remitted to the Civil Court for a determination of the remaining branch of defendant's
motion.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved
to, among other things, dismiss the complaint on the ground of laches, based on plaintiff's delay
in prosecuting the action. Insofar as is relevant to this appeal, the Civil Court granted this branch
of defendant's motion and found that the branch of the motion seeking to toll statutory no-fault
interest was moot.
For the reasons stated in V.S. Med.
Servs., P.C. v State Farm Mut. Ins. Co. (67 Misc 3d 142[A], 2020 NY Slip Op
50734[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2020]), the order, insofar as
appealed from, is reversed, the branch of defendant's motion seeking to dismiss the complaint on
the ground of laches is denied, and the matter is remitted to the Civil Court for a determination of
the remaining branch of defendant's motion (see Rockaway Med. & Diagnostic, P.C. v State Farm Mut. Ins. Co.,
66 Misc 3d 147[A], 2020 NY Slip Op 50238[U] [App Term, 2d Dept, 2d, 11th & 13th
Jud Dists 2020]).
ALIOTTA, P.J., WESTON and ELLIOT, JJ., concur.

ENTER:
Paul Kenny
Chief Clerk
Decision Date: February 19, 2021